# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1149
_____

CHRISTOPHER LUIS CONTRERAS,

Appellant,

v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE CHILD SUPPORT
PROGRAM and CHELSIE PALMO,

Appellees.

_____

On appeal from the Florida Department of Revenue.
Lynne A. Quimby-Pennock, Administrative Law Judge.

February 1, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROBERTS, and ROWE JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher Luis Contreras, pro se, Appellant.

Toni Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee Department of Revenue.